IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:12-cv-22693 (JEM)

REGIS PAILLARDON,

           Petitioner,

v.

ARCHER-DANIELS-MIDLAND
COMPANY AND ADM LATIN
AMERICA, INC.,

           Respondents.
_____/

## JOINT STATUS REPORT
## PURSUANT TO OCTOBER 12, 2012 ORDER

      Petitioner Regis Paillardon and Respondents Archer-Daniels-Midland Co. and ADM Latin America, Inc. (collectively, "ADM"), provide this joint status report pursuant to the Court's October 12, 2012, Order granting the parties' Joint Motion to Stay Proceedings Pending Resolution of a Related Action, and directing the parties to "file a joint status report every 90 days to apprise the Court of the status of the related proceeding in the United States District Court for the Central District of Illinois."

      This action was stayed administratively pending resolution of ADM's petition to vacate an arbitration award, filed on August 27, 2012, in the Central District of Illinois. *Archer Daniels Midland Company et al. v. Paillardon*, No. 2:12-cv-02227-MPM-DGB. Since the parties filed the joint motion to administratively stay proceedings in this action, Mr. Paillardon filed a response on October 12, 2012, to ADM's petition to vacate in the Central District of Illinois. *Id.* Dkt. 11-14. On October 26, 2012, ADM filed a Motion for Leave to File an Oversize Reply

Brief as well as a Motion Requesting Oral Argument on the petition to vacate. *Id.* Dkt. 18, 19.

Mr. Paillardon filed his opposition to both motions on November 6, 2012. *Id.* Dkt. 20, 21.

Those two motions, as well ADM's petition to vacate, are fully briefed and pending before the

Central District of Illinois.

Respectfully Submitted,

| | |
|---|---|
| /s/ Edward M. Mullins | /s/ Alvin F. Lindsay |
| Jose I. Astigarraga (Fla. Bar No. 263508) | Alvin F. Lindsay |
| jastigarraga@astidavis.com | alvin.lindsay@hoganlovells.com |
| Edward M. Mullins (Fla. Bar No. 863920) | HOGAN LOVELLS US LLP |
| emullins@astidavis.com | 200 South Biscayne Boulevard |
| Jenelle E. La Chuisa (Fla. Bar No. 539988) | 4th Floor |
| lachuisa@astidavis.com | Miami, FL 33131 |
| ASTIGARRAGA DAVIS MULLINS | Telephone: (305) 459-6500 |
|   & GROSSMAN, P.A. | Facsimile: (305) 459-6550 |
| 701 Brickell Avenue, 16th Floor | |
| Miami, Florida 33131 | - and - |
| Telephone: (305) 372-8282 | |
| Facsimile: (305) 372-8202 | Jon Fetterolf* |
| | jfetterolf@wc.com |
| -and- | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| Anthony B. Ullman (admitted pro hac vice) | Washington D.C. |
| aullman@salans.com | Telephone: (202) 434-5000 |
| John J. Hay (admitted pro hac vice) | Facsimile: (202) 434-5029 |
| jhay@salans.com | *Not admitted in this Court |
| Ulyana Bardyn (admitted pro hac vice) | |
| ubardyn@salans.com | *Attorneys for Archer-Daniels-Midland* |
| SALANS LLP | *Company and ADM Latin America, Inc.* |
| Rockefeller Center | |
| 620 Fifth Avenue | |
| New York, New York 10020 | |
| Telephone: (212) 632-8342 | |
| Facsimile: (212) 307-3392 | |

*Counsel for Petitioner Regis Paillardon*

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was served by Notices of Electronic Filing generated by the Court's CM/ECF system on January 10, 2013, on all counsel or parties of record on the Service List below.

*s/Alvin F. Lindsay*
Alvin F. Lindsay

## SERVICE LIST

Jose I. Astigarraga
jastigarraga@astidavis.com
Edward M. Mullins
emullins@astidavis.com
Jenelle E. La Chuisa
lachuisa@astidavis.com
Regan N. Kruse
rkruse@astidavis.com
ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.
701 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

*Counsel for Regis Paillardon*

Anthony B. Ullman (Admitted Pro Hac Vice)
aullman@salans.com
John J. Hay (Admitted Pro Hac Vice)
jhay@salans.com
Ulyana Bardyn (Admitted Pro Hac Vice)
ubardyn@salans.com
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020
Telephone: (212) 632-8342
Facsimile: (212) 307-3392

*Counsel for Regis Paillardon*