UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:12-CV-22693-MARTINEZ

REGIS PAILLARDON,

        Petitioner,

        v.

ARCHER-DANIELS-MIDLAND
COMPANY AND ADM LATIN
AMERICA, INC.,

        Respondents.

_____/

## NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE THAT, effective March 28, 2013, Salans LLP has changed its name to Salans FMC SNR Denton Europe LLP.  The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  However, the e-mail addresses for the counsel of record whose names appear below have been changed and are as set forth below.  Please take notice of these changes and update your records accordingly.

        Anthony B. Ullman
        anthony.ullman@dentons.com

        John J. Hay
        john.hay@dentons.com

        Ulyana Bardyn
        ulyana.bardyn@dentons.com

CASE NO.  1:12-CV-22693-MARTINEZ

Dated:  April 2, 2013                        Respectfully submitted,

                                                                              _/s/ Edward M. Mullins_____
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Jenelle E. La Chuisa (Fla. Bar No. 539988)
lachuisa@astidavis.com
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida  33131
Telephone: (305) 372-8282
Facsimile:  (305) 372-8202

-and-

Anthony B. Ullman*
anthony.ullman@dentons.com
John J. Hay*
john.hay@dentons.com
Ulyana Bardyn*
ulyana.bardyn@dentons.com
Salans FMC SNR Denton Europe LLP
Rockefeller Center
620 Fifth Avenue
New York, New York  10020
Telephone: (212) 632-8342
Facsimile:  (212) 632-5555
*Admitted Pro Hac Vice*

*Counsel for Petitioner Regis Paillardon*

CASE NO. 1:12-CV-22693-MARTINEZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Edward M. Mullins*
Edward M. Mullins (Fla. Bar No. 863920)

## SERVICE LIST
*Paillardon v. Archer-Daniels-Midland Company and ADM Latin America, Inc.*
Case No.: 1:12-CV-22693-MARTINEZ
United States District Court, Southern District of Florida

Alvin F. Lindsay
alvin.lindsay@hoganlovells.com
Hogan Lovells US LLP
200 South Biscayne Boulevard, Suite 400
Miami, Florida  33131
Telephone:  (305) 459-6633
Facsimile:   (305) 459-6550

*Counsel for Respondents*
Electronically served via CM/ECF

3