IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:2012-cv-22693 (JEM)

REGIS PAILLARDON,

        Petitioner,

v.

ARCHER-DANIELS-MIDLAND
COMPANY AND ADM LATIN
AMERICA, INC.,

        Respondents.
_____/

## JOINT STATUS REPORT
## PURSUANT TO OCTOBER 12, 2012 ORDER

Petitioner, Regis Paillardon ("Paillardon"), and Respondents, Archer-Daniels-Midland Co. and ADM Latin America, Inc. (collectively, "ADM"), submit this joint status report pursuant to the Court's October 12, 2012 Order (DE 20) granting the parties' Joint Motion to Stay Proceedings Pending Resolution of a Related Action and directing the parties to file a joint status report every 90 days to apprise the Court of the status of the related proceeding in the United States District Court for the Central District of Illinois entitled *Archer Daniels Midland Company et al. v. Paillardon*, No. 2:12-cv-02227-MPM-DGB ("Illinois Action"). The last status report was jointly filed by the parties on January 10, 2013 (DE 21).

By way of background, on October 12, 2012, this action was stayed administratively pending resolution of ADM's petition to vacate ("Petition to Vacate") filed in the Illinois Action on August 27, 2012. Contemporaneously, on October 10, 2012, the parties executed a stipulation ("Stipulation") in which they agreed that Paillardon would not make a motion (or

CASE NO. 1:2012-cv-22693 (JEM)

cross-motion) to confirm or enforce the Award in the Illinois Action as a motion seeking such relief had already been pending in the above-captioned action (attached as Exhibit A is a copy of the Stipulation).

On March 28, 2013, the Court in the Illinois Action (McKuskey, J.) issued a text order denying ADM's Petition to Vacate (attached as Exhibit B is a copy of the Docket Report from the Illinois Action containing the text of the Illinois Court's March 28, 2013 Order).[1] The parties have conferred about this development and Paillardon has advised ADM that, in light of the denial of ADM's Petition to Vacate in the Illinois Action, unless ADM promptly makes payment in full of all amounts due under the arbitration award (including all accrued interest), Paillardon intends to reopen the instant action and to request leave to file a renewed Petition to Confirm and Enforce Arbitral Award to reflect and address the disposition of the Petition to Vacate made by ADM in the Illinois Action and the import of that disposition on the proceedings herein.

Dated: April 10, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Edward M. Mullins* | */s/ Alvin F. Lindsay, III* |
| Jose I. Astigarraga (Fla. Bar No. 263508) | Alvin F. Lindsay, III |
| jastigarraga@astidavis.com | alvin.lindsay@hoganlovells.com |
| Edward M. Mullins (Fla. Bar No. 863920) | HOGAN LOVELLS US LLP |
| emullins@astidavis.com | 200 South Biscayne Boulevard |
| Jenelle E. La Chuisa (Fla. Bar No. 539988) | 4th Floor |
| lachuisa@astidavis.com | Miami, Florida 33131 |
| ASTIGARRAGA DAVIS MULLINS | Tel.: (305) 459-6500 / Fax: (305) 459-6550 |
|   & GROSSMAN, P.A. | |
| 701 Brickell Avenue, 16th Floor | |
| Miami, Florida 33131 | |
| Tel.: (305) 372-8282 / Fax: (305) 372-8202 | |
| -and- | - and - |
| | |
| Anthony B. Ullman (admitted pro hac vice) | Jon Fetterolf* |

---

[1] In his text order, Judge McCuskey indicated that a written decision would follow. As of the date hereof, the written decision has not been issued.

CASE NO. 1:2012-cv-22693 (JEM)

aullman@salans.com
John J. Hay (admitted pro hac vice)
jhay@salans.com
Ulyana Bardyn (admitted pro hac vice)
ubardyn@salans.com
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, New York 10020
Telephone: (212) 632-8342
Facsimile: (212) 307-3392

*Counsel for Petitioner Regis Paillardon*

jfetterolf@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C.
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Not admitted in this Court

*Counsel for Respondents Archer-Daniels-Midland Company and ADM Latin America, Inc.*

3