IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  1:12-CV-22693-MARTINEZ

REGIS PAILLARDON,

        Petitioner,

v.

ARCHER-DANIELS-MIDLAND
COMPANY AND ADM LATIN
AMERICA, INC.,

        Respondents.
_____/

**PETITIONER'S MOTION TO REOPEN THIS ACTION AFTER
RESOLUTION OF RELATED ACTION AND TO SET STATUS CONFERENCE
AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

      Petitioner, Regis Paillardon ("Paillardon"), respectfully submits this motion to reopen and set status conference ("Motion to Reopen") in connection with the above-referenced action ("Action").  In support of this Motion to Reopen, Paillardon states as follows:

      1.    On July 23, 2012, Paillardon commenced this action, seeking confirmation and enforcement of an international arbitration award ("Award") rendered in favor of Paillardon and against Respondents Archer-Daniels-Midland Co. and ADM Latin America, Inc. ("ADM"), by filing a Petition to Confirm and Enforce the Award ("Petition to Enforce") (DE 1[1]).

      2.    On August 27, 2009, ADM commenced an action in the Central District of Illinois ("Illinois Action") seeking vacatur of the Award by filing a Petition to Vacate ("Petition to Vacate").

---

[1] References to "DE" shall mean references to respective docket entries of this Action.

3. On the same day, August 27, 2012, Paillardon filed an amended Petition to Enforce in this Court ("Amended Petition to Enforce") (DE 13).  On September 6, 2012, Paillardon filed a Motion to Confirm and Enforce in this proceeding ("Motion to Enforce") (DE 15).

4. In both this action and the Illinois Action, the parties were identical and the same Award at issue.  Furthermore, the parties recognized that ADM would seek to raise some or all of the same issues it raised in the Illinois Action in opposition to Paillardon's Amended Petition to Enforce and/or Motion to Enforce here.  As a result, the parties conferred and agreed that, in order to avoid the waste of both judicial and party resources that would have resulted from proceeding with both the Illinois Action and this Action simultaneously, they would jointly move this Court to administratively stay this Action pending the resolution of ADM's Petition to Vacate in the Illinois Action.

5. In accordance with that agreement, on or about October 11, 2012, the parties filed their Joint Motion to Stay Proceedings in this Action pending resolution of the Illinois Action ("Joint Motion to Stay") (DE 19).

6. On or about October 12, 2012, this Court granted the parties' Joint Motion to Stay and issued an Order staying proceeding ("Order") (DE 20).  The Court's Order provided that it was Paillardon's responsibility to file a motion to re-open this Action upon the issuance of a final decision by the Court in the Illinois Action.

7. On or about May 3, 2013, the Court in the Illinois Action issued a final decision in the Illinois Action denying ADM's Petition to Vacate in its entirety.  A copy of the Court's decision is attached as Exhibit A hereto.  On or about May 10, 2013, the Court in the Illinois Action entered a Final Judgment therein consistent with its opinion.  (see Exhibit B hereto).

Case No.: 1:12-CV-22693-MARTINEZ

WHEREFORE, In light of the afore-mentioned final decision and judgment entered in the Illinois Action, Paillardon hereby respectfully moves this Court to:

(a) lift the administrative stay and reopen this case, so as to allow Paillardon to file a renewed Motion to Confirm and Enforce the Award in this Action which will take into account the import of the decision issued by the Court in the Illinois Action denying ADM's motion to vacate; and

(b) set a status conference so that the Court and the parties may confer as to procedures for bringing this matter to efficient and expeditious resolution.

### CERTIFICATE OF CONSULTATION

Prior to the filing of this motion, counsel for the Petitioner consulted with counsel for the Respondents who stated that he does not consent to its filing.

Dated: May 13, 2013 Respectfully submitted,

/s/ Edward M. Mullins
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Jenelle E. La Chuisa (Fla. Bar No. 539988)
lachuisa@astidavis.com
ASTIGARRAGA DAVIS MULLINS
 & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Tel.: (305) 372-8282 / Fax: (305) 372-8202

-and-

Anthony B. Ullman*
anthony.ullman@dentons.com
John J. Hay*
john.hay@dentons.com
Ulyana Bardyn*
ulyana.bardyn@dentonscom
Salans FMC SNR Denton Europe, LLP
Rockefeller Center
620 Fifth Avenue

Case No.:  1:12-CV-22693-MARTINEZ

New York, New York  10020
Tel.: (212) 632-8342 / Fax:  (212) 307-3392
*Admitted pro hac vice

*Counsel for Petitioner Regis Paillardon*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Edward M. Mullins*
Edward M. Mullins (Fla. Bar No. 863920)

# SERVICE LIST
*Paillardon v. Archer-Daniels-Midland Company and ADM Latin America, Inc.*
Case No.:  1:12-CV-22693-MARTINEZ
United States District Court, Southern District of Florida

Alvin F. Lindsay
alvin.lindsay@hoganlovells.com
Hogan Lovells US LLP
200 South Biscayne Boulevard, Suite 400
Miami, Florida  33131
Telephone:  (305) 459-6633
Facsimile:   (305) 459-6550

*Counsel for Respondents*
Electronically served via CM/ECF