EXHIBIT B

CLOSED,REFER

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02227-MPM-DGB

Archer Daniels Midland Company et al v. Paillardon  
Assigned to: Judge Michael P. McCuskey  
Referred to: Magistrate Judge David G. Bernthal  
Cause: 09:0010 Petition to Vacate Arbitration Award

Date Filed: 08/27/2012  
Date Terminated: 05/03/2013  
Jury Demand: None  
Nature of Suit: 896 Other Statutes: Arbitration  
Jurisdiction: Diversity

**Plaintiff**

**Archer Daniels Midland Company**    represented by    **Jon R Fetterolf**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5351
Fax: 202-434-5029
Email: jfetterolf@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerrold H Stocks**
FEATHERSTUN GAUMER POSTLEWAIT STOCKS FLYNN & HUBBARD
Suite 200
225 N Water St
PO Box 1760
Decatur, IL 62525-1760
217-429-4453
Fax: 217-425-8892
Email: jstocks@family-net.net
*ATTORNEY TO BE NOTICED*

**Ryan Patrick McCarthy**
WILLIAMS & CONNOLLY
725 12th St NW
Washington, DC 20005-5901
202-434-5157
Fax: 202-434-5029
Email: rrmccarthy@wc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ADM Latin America Inc**    represented by    **Jon R Fetterolf**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerrold H Stocks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Patrick McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

v .
**Defendant**

| | | | |
|---|---|---|---|
| **Regis Paillardon** | | represented by | **Anthony B Ullman** SALANS FMC SNR DENTON EUROPE LLP 620 Fifth Avenue New York, NY 10020-2457 212-632-5500 Fax: 212-632-5555 Email: anthony.ullman@dentons.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | | **Andrew W B Bequette** BECKETT & WEBBER PC 508 S Broadway PO Box 17160 Urbana, IL 61803-7160 217-328-0263 Fax: 217-328-0290 Email: andrew@beckettwebber.com *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2012 | 1 | Petition to Vacate Arbitration Award by Plaintiffs ADM Latin America Inc, Archer Daniels Midland Company. Responses due by 9/13/2012 (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(Filing fee $350 received)(Receipt 24626003573)(JMW, ilcd) (Entered: 08/27/2012) |
| 08/27/2012 | 2 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by ADM Latin America Inc, Archer Daniels Midland Company. (Stocks, Jerrold) (Entered: 08/27/2012) |
| 08/27/2012 | 3 | Designation of Lead Counsel by Jerrold H Stocks on behalf of ADM Latin America Inc, Archer Daniels Midland Company. (Stocks, Jerrold) (Entered: 08/27/2012) |
| | | |

| Date | # | Description |
|---|---|---|
| 08/27/2012 | 4 | MOTION for Leave to File Excess Pages by Plaintiffs ADM Latin America Inc, Archer Daniels Midland Company. Responses due by 9/13/2012 (Attachments: # 1 Exhibit Memorandum in Support of Petition, # 2 Exhibit, # 3 Text of Proposed Order)(Stocks, Jerrold) (Entered: 08/27/2012) |
| 09/06/2012 | 5 | NOTICE of Appearance of Attorney by Anthony B Ullman on behalf of Regis Paillardon (Ullman, Anthony) (Entered: 09/06/2012) |
| 09/06/2012 | 6 | NOTICE of Appearance of Attorney by Andrew W B Bequette on behalf of Regis Paillardon (Bequette, Andrew) (Entered: 09/06/2012) |
| 09/06/2012 | 7 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by Regis Paillardon. (Bequette, Andrew) (Entered: 09/06/2012) |
| 09/06/2012 | 8 | First MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Vacate, 4 MOTION for Leave to File Excess Pages by Defendant Regis Paillardon. Responses due by 9/24/2012 (Bequette, Andrew) (Entered: 09/06/2012) |
| 09/10/2012 |  | TEXT ORDER entered by Magistrate Judge David G. Bernthal on 9/10/2012. Respondent's Motion to Extend Time Pursuant to Local Rule 6.1 8 is GRANTED. Respondent Regis Paillardon's deadline to file his response to the Petition to Vacate Arbitration Award 1 is extended to 10/15/12. And Respondent Regis Paillardon's deadline to file his response to Archer-Daniels-Midland Company and ADM Latin America, Inc.'s Motion for Leave to File Oversize Brief 4 is extended to 10/15/12. (JMW, ilcd) (Entered: 09/10/2012) |
| 09/10/2012 |  | Set/Reset Deadlines: Responses due by 10/15/2012 (JMW, ilcd) (Entered: 09/10/2012) |
| 10/12/2012 | 9 | RESPONSE to Motion re 4 MOTION for Leave to File Excess Pages filed by Defendant Regis Paillardon. (Ullman, Anthony) (Entered: 10/12/2012) |
| 10/12/2012 | 10 | MOTION for Leave to File *an Oversized Brief* by Defendant Regis Paillardon. Responses due by 10/29/2012 (Ullman, Anthony) (Entered: 10/12/2012) |
| 10/12/2012 | 11 | RESPONSE to Motion re 1 MOTION to Vacate *International Arbitration Award* filed by Defendant Regis Paillardon. (Ullman, Anthony) (Entered: 10/12/2012) |
| 10/12/2012 | 12 | MEMORANDUM in Opposition re 1 MOTION to Vacate *International Arbitration Award* filed by Defendant Regis Paillardon. (Ullman, Anthony) (Entered: 10/12/2012) |
| 10/12/2012 | 13 | STRICKEN- AFFIDAVIT in Opposition re 1 MOTION to Vacate *International Arbitration Award* filed by Defendant Regis Paillardon. (Attachments: # 1 Exhibit Ex. A (Award) - PART 1 of 2, # 2 Exhibit Ex. A (Award) - PART 2 of 2, # 3 Exhibit Ex. B (Cl. Opening Brief), # 4 Exhibit Ex. C (Acedo WS), # 5 Exhibit Ex. D (Fernandez WS), # 6 Exhibit Ex. E (Paillardon WS with relevant exs) - PART 1 of 2, # 7 Exhibit Ex. E (Paillardon WS with relevant exs) - PART 2 of 2, # 8 Exhibit Ex. F (Perez WS with relevant exs), # 9 Exhibit Ex. G (Ullman Dec. with relevant exs), # 10 Exhibit Ex. H (Resp. Br.), # 11 Exhibit Ex. I (Batchelder WS with relevant exs), # 12 Exhibit Ex. J (Bonnensen WS with relevant exs), # 13 Exhibit Ex. K |

| | | |
|---|---|---|
| | | (Cervantes WS with exs) - PART 1 of 8, # 14 Exhibit Ex. K (Cervantes WS with exs) - PART 2 of 8, # 15 Exhibit Ex. K (Cervantes WS with exs) - PART 3 of 8, # 16 Exhibit Ex. K (Cervantes WS with exs) - PART 4 of 8, # 17 Exhibit Ex. K (Cervantes WS with exs) - PART 5 of 8, # 18 Exhibit Ex. K (Cervantes WS with exs) - PART 6 of 8, # 19 Exhibit Ex. K (Cervantes WS with exs) - PART 7 of 8, # 20 Exhibit Ex. K (Cervantes WS with exs) - PART 8 of 8, # 21 Exhibit Ex. L (Funderburg WS with relevant exs), # 22 Exhibit Ex. M (Graves WS with relevant exs), # 23 Exhibit Ex. N (Hart WS with relevant exs), # 24 Exhibit Ex. O (Jansen WS with relevant exs), # 25 Exhibit Ex. P (Martinez WS with relevant exs)), # 26 Exhibit Ex. Q (Montes WS with relevant exs), # 27 Exhibit Ex. R (Onks WS with relevant exs), # 28 Exhibit Ex. S (Planchart WS), # 29 Exhibit Ex. T (Rayhill WS with exs), # 30 Exhibit Ex. U (Schwalbe WS), # 31 Exhibit Ex. V (Cl. Reply Br.), # 32 Exhibit Ex. W (Acedo Reply WS), # 33 Exhibit Ex. X (Bardyn Reply WS with relevant exs), # 34 Exhibit Ex. Y (Paillardon Reply WS with relevant exs), # 35 Exhibit Ex. Z (Perez Reply WS), # 36 Exhibit Ex. AA (Relevant pages from the hearing transcript), # 37 Exhibit Ex. BB (Acedo Aff.), # 38 Exhibit Ex. CC (Planchart Aff.), # 39 Exhibit Ex. DD (Acedo Reply Aff.), # 40 Exhibit Ex. EE (Planchart Reply Aff.), # 41 Exhibit Ex. FF (Paillardon Post-HB), # 42 Exhibit Ex. GG (ADM Post-HB), # 43 Exhibit Ex. HH (Paillardon Reply Post-HB), # 44 Exhibit Ex. II (ADM's Motion to Dismiss), # 45 Exhibit Ex. JJ (Stipulation), # 46 Exhibit Ex. KK (JVA), # 47 Exhibit Ex. LL (Commission Agreement), # 48 Exhibit JE 046, # 49 Exhibit Arbitrator's bio)(Ullman, Anthony) (Attachment 10 replaced on 10/1512012 - Document was corrupt and could not be viewed. Mr. Ullman provided pdf of document) (MC, ilcd). Modified on 10115/2012. Modified on 10/17/2012 to show the document as stricken pursuant to the text order entered on 1011712012.(JMW, ilcd). (Entered: 10/1312012) |
| 10/13/2012 | 14 | AFFIDAVIT in Opposition re 1 MOTION to Vacate *International Arbitration Award (CORRECTED AFFIDAVIT)* filed by Defendant Regis Paillardon. (Attachments: # 1 Exhibit A (Award) - PART 1 of 2, # 2 Exhibit A (Award) - PART 2 of 2, # 3 Exhibit B (Cl. Opening Brief), # 4 Exhibit C (Acedo WS), # 5 Exhibit D (Fernandez WS), # 6 Exhibit E (Paillardon WS with relevant exs) - PART 1 of 2, # 7 Exhibit E (Paillardon WS with relevant exs) - PART 2 of 2, # 8 Exhibit F (Perez WS with relevant exs), # 9 Exhibit G (Ullman Dec. with relevant exs), # 10 Exhibit H (Resp. Br.), # 11 Exhibit I (Batchelder WS with relevant exs), # 12 Exhibit J (Bonnensen WS with relevant exs), # 13 Exhibit K (Cervantes WS with exs) - PART 1 of 8, # 14 Exhibit K (Cervantes WS with exs) - PART 2 of 8, # 15 Exhibit K (Cervantes WS with exs) - PART 3 of 8, # 16 Exhibit K (Cervantes WS with exs) - PART 4 of 8, # 17 Exhibit K (Cervantes WS with exs) - PART 5 of 8, # 18 Exhibit K (Cervantes WS with exs) - PART 6 of 8, # 19 Exhibit K (Cervantes WS with exs) - PART 7 of 8, # 20 Exhibit K (Cervantes WS with exs) - PART 8 of 8, # 21 Exhibit L (Funderburg WS with relevant exs), # 22 Exhibit M (Graves WS with relevant exs), # 23 Exhibit N (Hart WS with relevant exs), # 24 Exhibit O (Jansen WS with relevant exs), # 25 Exhibit P (Martinez WS with relevant exs), # 26 Exhibit Q (Montes WS with relevant exs), # 27 Exhibit R (Onks WS with relevant exs), # 28 Exhibit S (Planchart WS), # 29 Exhibit T (Rayhill WS with exs), # 30 Exhibit U (Schwalbe WS), # 31 Exhibit V (Cl. Reply Br.), # 32 Exhibit W (Acedo Reply WS), # 33 Exhibit X (Bardyn Reply WS with relevant exs), # 34 Exhibit Y (Paillardon Reply WS with relevant exs), # 35 |

|  |  |  | Exhibit Z (Perez Reply WS), # 36 Exhibit AA (Relevant pages from the hearing transcript), # 37 Exhibit BB (Acedo Aff.), # 38 Exhibit CC (Planchart Aff.), # 39 Exhibit DD (Acedo Reply Aff.), # 40 Exhibit EE (Planchart Reply Aff.), # 41 Exhibit FF (Paillardon Post-HB), # 42 Exhibit GG (ADM Post-HB), # 43 Exhibit HH (Paillardon's Reply Post-HB), # 44 Exhibit II (ADM's Motion to Dismiss), # 45 Exhibit JJ (Stipulation), # 46 Exhibit KK (JVA), # 47 Exhibit LL (Commission Agreement), # 48 Exhibit MM (JE 046), # 49 Exhibit NN (Arbitrator's bio))(Ullman, Anthony) (Attachment 10 replaced on 10/15/2012 - Document was corrupt and could not be viewed. Mr. Ullman provided pdf of document) (MC, ilcd). ) (MC, ilcd). Modified on 10/15/2012 (Entered: 10/13/2012) |
|---|---|---|---|
| 10/15/2012 |  | 15 | Remark: Attached Rule 26.3 regarding discovery sent to the Plaintiff by way of e-filing project. (JMW, ilcd) (Entered: 10/15/2012) |
| 10/15/2012 |  |  | TEXT ORDER entered by Judge Michael P. McCuskey on 10/15/2012. The Remark d/e 15 was entered in error. The document is therefore STRICKEN. The clerk is directed to file the documents in the correct case. (JMW, ilcd) (Entered: 10/15/2012) |
| 10/16/2012 |  |  | TEXT ORDER granting 4 Motion for Leave to File Excess Pages; granting 10 Motion for Leave to File Excess Pages. The clerk is directed to file the Memorandam attached to 4 . Entered by Judge Michael P. McCuskey on 10/16/2012. (DK2, ilcd) (Entered: 10/16/2012) |
| 10/16/2012 |  | 16 | MEMORANDUM re 1 MOTION to Vacate by Archer Daniels Midland Company. (JMW, ilcd) (Entered: 10/16/2012) |
| 10/17/2012 |  | 17 | Exhibit re 16 Memorandum by ADM Latin America Inc, Archer Daniels Midland Company. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit)(Stocks, Jerrold) (Entered: 10/17/2012) |
| 10/17/2012 |  |  | TEXT ORDER STRIKING A DOCUMENT entered by Judge Michael P. McCuskey on 10/17/2012. Document 13 Affidavit in Opposition to Motion filed by Regis Paillardon is a duplication of 14 which was noted as the corrected Affidavit. Therefore document 13 is STRICKEN. (JMW, ilcd) (Entered: 10/17/2012) |
| 10/26/2012 |  | 18 | MOTION for Leave to File *Oversize Reply Brief* by Plaintiffs ADM Latin America Inc, Archer Daniels Midland Company. Responses due by 11/13/2012 (Attachments: # 1 Exhibit proposed Reply Brief, # 2 Exhibit Index of Exhibits to Reply, # 3 Exhibit to Reply Brief)(Stocks, Jerrold) (Entered: 10/26/2012) |
| 10/26/2012 |  | 19 | MOTION for Hearing re 1 MOTION to Vacate by Plaintiffs ADM Latin America Inc, Archer Daniels Midland Company. Responses due by 11/13/2012 (Stocks, Jerrold) (Entered: 10/26/2012) |

| 11/06/2012 | 20 | RESPONSE to Motion re 18 MOTION for Leave to File *Oversize Reply Brief* filed by Defendant Regis Paillardon. (Attachments: # 1 Exhibit A Respondent's Proposed Sur-Reply Memorandum of Law, # 2 Exhibit 1 to Respondent's Proposed Sur-Reply Memorandum of Law)(Ullman, Anthony) (Entered: 11/06/2012) |
|---|---|---|
| 11/06/2012 | 21 | RESPONSE to Motion re 19 MOTION for Hearing re 1 MOTION to Vacate filed by Defendant Regis Paillardon. (Ullman, Anthony) (Entered: 11/06/2012) |
| 03/18/2013 | 22 | MOTION to Cite Authority *(Newly-Issued) in Opposition to Petitioners' Petition to Vacate Arbitral Award* by Defendant Regis Paillardon. Responses due by 4/4/2013 (Attachments: # 1 Exhibit A)(Ullman, Anthony) (Entered: 03/18/2013) |
| 03/28/2013 |  | TEXT ORDER entered by Judge Michael P. McCuskey on 3/28/2013. As recently recognized by the Seventh Circuit Court of Appeals, court intervention in arbitration awards is extremely limited. See Johnson Controls, Inc. v. Erdman Controls, Inc., ___ F.3d ___, 2013 WL 1098411 (7th Cir. March 18,2013). After careful consideration and review of the arguments of the parties and the documents provided, this court concludes that Plaintiffs have not shown an adequate basis for setting aside the award in this case. Accordingly, Plaintiffs' 1 Motion to Vacate Arbitration Award is DENIED. Written Opinion to follow. (DK2, ilcd) (Entered: 03/28/2013) |
| 04/04/2013 | 23 | NOTICE *of Change of Law Firm Name* (Ullman, Anthony) (Entered: 04/04/2013) |
| 05/03/2013 | 24 | OPINION entered by Judge Michael P. McCuskey on 5/3/2013. ADM's Motion to File Oversize Reply Brief 18 is GRANTED. ADM's Motion for Hearing 19 is DENIED. Paillardon's Motion to Cite Newly-Issued Authority 22 is GRANTED. ADM's Petition to Vacate Arbitration Award 1 is DENIED.This case is terminated. See written opinion. (JMW, ilcd) Modified on 5/3/2013 to show the document as an opinion. (JMW, ilcd) (Entered: 05/03/2013) |
| 05/10/2013 | 25 | JUDGMENT in favor of Regis Paillardon against ADM Latin America Inc, Archer Daniels Midland Company. See written judgment. (JMW, ilcd) (Entered: 05/10/2013) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 05/13/2013 14:06:23 ||||
| PACER Login: | cv0006 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:12-cv-02227-MPM-DGB |
| Billable Pages: | 5 | Cost: | 0.50 |