IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:12-cv-22693 (JEM)

REGIS PAILLARDON,

    Petitioner,

v.

ARCHER-DANIELS-MIDLAND
COMPANY AND ADM LATIN
AMERICA, INC.,

    Respondents.
_____/

## RESPONDENTS' MOTION FOR LEAVE TO FILE SURREPLY TO PETITIONER'S MOTION TO REOPEN THIS ACTION

    Respondents Archer-Daniels-Midland Co. and ADM Latin America, Inc. (collectively, "ADM"), respectfully request leave to file a surreply to Petitioner Regis Paillardon's Reply Memorandum In Support of His Motion To Reopen This Action After Resolution of Related Action And To Set Status Conference.[1]

    1.    On May 13, 2013, Paillardon filed a motion in this Court to lift the stay and reopen the case so that he may file a renewed Motion to Confirm the award. DE 24. Paillardon's motion did not advance any legal argument as to why the proceedings should be reopened, but instead just set forth a factual summary of the status of the case.

    2.    On May 30, 2013, ADM filed an opposition to Paillardon's motion. DE 25. ADM explained that its post-judgment options in the Illinois proceedings, such as filing an appeal, had not yet expired. ADM further cited authority establishing that, should ADM exercise

---

[1] Counsel for ADM reached out to counsel for Paillardon, and Paillardon does not consent to this motion.

its post-judgment options, reopening this case would be improper.  DE 25 at 2.

3. On June 4, 2013, ADM notified this Court that it had filed a timely notice of appeal from the judgment of the Illinois District Court.  DE 26.

4. On June 10, 2013, Paillardon filed a reply memorandum in support of his Motion to Reopen.  DE 27.  In the memorandum, Paillardon advances two new legal arguments: (1) that this Court is somehow *bound* to reopen this case by its October 12, 2012, order, and (2) that ADM must demonstrate a likelihood of success on appeal to justify a stay of these proceedings.

5. Because Paillardon advanced these two arguments in his reply, ADM has not had an opportunity to respond to them.  Accordingly, ADM should be allowed to file the attached proposed surreply, which responds to these new arguments.

## CONCLUSION

For the reasons set forth above, this Court should grant ADM leave to file the attached proposed surreply.

Dated:  June 19, 2013

Respectfully submitted,

*s/Alvin F. Lindsay*
Alvin F. Lindsay
alvin.lindsay@hoganlovells.com
HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550

- and -

Jon R. Fetterolf\*
jfetterolf@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.

Washington D.C.
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Not admitted in this Court

*Attorneys for Archer-Daniels-Midland Company and ADM Latin America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was served by Notices of Electronic Filing generated by the Court's CM/ECF system on June 19, 2013 on all counsel or parties of record on the Service List below.

*s/Alvin F. Lindsay*
Alvin F. Lindsay

## SERVICE LIST

Jose I. Astigarraga
jastigarraga@astidavis.com
Edward M. Mullins
emullins@astidavis.com
Jenelle E. La Chuisa
lachuisa@astidavis.com
Regan N. Kruse
rkruse@astidavis.com
ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.
701 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

*Counsel for Regis Paillardon*

Anthony B. Ullman (Admitted Pro Hac Vice)
aullman@salans.com
John J. Hay (Admitted Pro Hac Vice)
jhay@salans.com
Ulyana Bardyn (Admitted Pro Hac Vice)
ubardyn@salans.com
SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY  10020
Telephone: (212) 632-8342
Facsimile: (212) 307-3392

*Counsel for Regis Paillardon*

3